UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:10-cr-284-T-17MAP

THEOPHOLIS J. HERRING

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a
Preliminary Order of Forfeiture which, at sentencing, shall become a final order of
forfeiture as to defendant Theopholis Herring's right, title, and interest in one
Izhmash, Model Saiga, .223 caliber rifle, serial number H06160985, and twenty-
nine rounds of REM Wolf .223 caliber ammunition.

Being fully advised in the premises, the Court hereby finds that the United
States has met its burden of establishing the sufficiency of the *nexus* between
offense charged in Count One of the Indictment and the property sought for
forfeiture.  Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said
Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. §
924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and
interest of defendant Theopholis Herring in one Izhmash, Model Saiga, .223
caliber rifle, serial number H06160985, and twenty-nine rounds of REM Wolf .223

caliber ammunition is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this 11th day of February, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record